UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: Michael E. Krueger
and Meg B. Krueger,
Debtors.

Chapter 13
Case No. 13-14389-CJF

STIPULATION ON MOTION FOR RELIEF FROM STAY AND ABANDONMENT BY SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA
RE: PROPERTY LOCATED AT:
N8097 Lac La Belle Drive, Oconomowoc, Wisconsin, 53066-5509

Whereas, Debtors having filed an objection to the Motion for Relief from Automatic Stay and Abandonment of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Movant"); and,

Whereas, the parties having arrived at an agreement resolving the post-petition default as set forth in the Motion;

Now, Therefore, It Is Hereby Stipulated and Agreed as follows:

**TERMS:**

1. That Movant may file a supplemental claim in the amount of $15,255.72 for the post-petition arrearage consisting of monthly mortgage payments due August 1, 2016 at $1,623.58 and September 1, 2016 through April 1, 2017 at $1,576.49 each, minus $10.78 in suspense for a total of

Drafted by:

O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, Wisconsin 53213
(414) 727-1591
(414) 727-1590 fax

1

$14,224.72; plus $850.00 for attorneys' fees and $181.00 for filing costs for the Motion for Relief. The Standing Trustee is authorized and directed to pay the supplemental claim.

2.	That Movant is relieved of its duty pursuant to Rule 3002.1 to file and serve a notice of post-petition fees, expenses and charges included in this Stipulation.

3.	That commencing with the May 1, 2017 payment, Debtors shall resume making regular post-petition mortgage payments directly to Movant's servicer, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America when due. Until further notice, payments shall be sent exclusively to: Seterus, Inc., PO Box 1047, Hartford, CT 06143

4.	That Movant is granted a doomsday provision on all heretofore tendered payments and on all payments from May 1, 2017 through October 1, 2017. That, if any previously tendered payments return insufficient funds or if any time from May 1, 2017 through October 1, 2017, Debtors fail to timely make any payments for any reason to Movant, providing for a fifteen-(15) day grace period on future regular installments only, upon the filing of a statement of default of any of Movant's attorneys and notice to the Debtors and Attorney, Steven E. Berg, counsel for Debtors, Movant shall be entitled to an order granting the relief requested in the original Motion, including relief from the automatic stay and abandonment.

5.  That in the event Debtors fail to timely make any payments to Movant or breach any of the remaining terms and conditions of the note and mortgage, Movant may renew its Motion for Relief from the Automatic Stay and Abandonment for the remainder of this case by letter request to the Court and without the need to pay an additional filing fee.

Dated this 22nd day of May, 2017

O'DESS AND ASSOCIATES, S.C.
Attorneys for Movant

By: D. Alexander Martin
State Bar ID No. 1046591

Dated this 19th day of May, 2017

Steven E. Berg
Attorneys for Debtor

By: Steven E. Berg
State Bar ID No. 1005755

Dated this _____ day of _____, 20___

3